# 138587

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

RECEIVED
BY MAIL
OCT 26 2001
CLERK US DIST COURT
ST. PAUL, MN

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1896 DWF/RLE **Case Title:** DENNIS RIEDLINGER, on behalf of himself and all others similarly situated v. BAYER CORPORATION

**Affidavit of Movant**

I, Timothy M. O'Keeffe, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Mike Miller, an attorney admitted to practice in the ________ District of North Dakota, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant Dennis Riedlinger in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| Signature Timothy M. O'Keeffe | MN Attorney License # 0292011 | Date 10/24/01 |
|---|---|---|

**Affidavit of Proposed Admittee**

I, Mike Miller, am currently a member in good standing of the U.S. District Court for the ________ District of North Dakota, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Type/Print Name | Signature | Date |
|---|---|---|
| Mike Miller | | 10/24/01 |

Attorney License Number: ND #03419

Law Firm Name & Address: SOLBERG LAW OFFICE
P.O. Box 1897
Fargo, ND 58107-1897

Telephone: (701) 237-3166

Motion Granted: ________ Date: OCT 26 2001
For the Court: Richard D. Sletten, Clerk

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED OCT 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________