UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: Baycol Products Liability Litigation | MDL Docket Number 1431 |
| **DENNIS RIEDLINGER**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**BAYER CORPORATION**,<br><br>Defendant. | Case No.: 01-1896 DWF/RLE |

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiff and counsel for defendant that the above-captioned matter be and is hereby voluntarily dismissed with prejudice pursuant to F.R.Civ.P. 41(a)(1). The parties shall each bear their own costs.

DATED: 5/3/04.

SOLBERG STEWART MILLER & TJON

Stacy E Tj

MIKE MILLER (ND #03419)
STACEY E. TJON (MN #0266322)
1129 Fifth Avenue South
P.O. Box 1897
Fargo, ND 58107-1897
Phone: (701) 237-3166
Fax: (701) 237-4627

*Attorneys for Plaintiff Dennis Riedlinger*



SCANNED
JAN 24 2005
U.S. DISTRICT COURT MPLS

DATED: 5/10/04.

SIDLEY AUSTIN WOOD & BROWN LLP

Susan Weber /NSH

SUSAN A. WEBER
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
Phone: (312) 853-7000
Fax: (312) 853-7036

Peter W. Sipkins (MN #101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55401
Phone: (612) 340-2600

Philip S. Beck
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60610
Phone: (312) 494-4000
Fax: (312) 494-4440

Richard K. Dandrea
ECKERT SEAMANS CHERIN
& MELLOTT LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Phone: (412) 566-6000
Fax: (412) 566-6099

*Attorneys for Bayer Corporation*

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that the above-captioned matter is dismissed with prejudice.

DATED: JAN 24 2005.

Michael J. Davis

The Honorable Michael J. Davis
United States District Court